# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PAMELA J. DEES,**

    **Plaintiff,**

**v.**                                                **CIVIL ACTION NO. 03-CV-850 DRH**

**BOB EVANS FARMS, INC.,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED**. Judgment is entered in favor of Defendant B**OB EVANS FARMS, INC.** and against Plaintiff **PAMELA J. DEES.**-------------------------------------------------------------------------------------------------------

                                                              **NORBERT G. JAWORSKI, CLERK**

July  8th , 2005                                        BY:   /s/Patricia Brown
                                                                        Deputy Clerk

APPROVED:/s/   David RHerndon           EOD:     7/8/2005
          **U.S. DISTRICT JUDGE**